IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

TAMMY LIZOTTE, on her own behalf )
and on behalf of others similarly situated, )
                                                    )
     Plaintiff, )
                                                    )
v. )         Case No. 3:17-cv-00195-JRG-CCS
                                                    )
FARIS PROPERTIES, LLC, )
                                                    )
     Defendant. )

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

COME NOW, the parties, through their undersigned counsel, and move this Court for an Order approving the Settlement and dismissing the case with prejudice.

The parties have evaluated each parties' respective positions and engaged in arm's length settlement negotiations to resolve this mater fairly and equitably. The proposed settlement agreement of Plaintiff's FLSA action provides compensation for the payment of $10,000 in attorneys' fees and $1,000 for compensation for alleged overtime violations and liquidated damages.[1] The proposed settlement is based on the parties' understanding of the claims asserted by Plaintiff, the recognized risks associated with continued litigation and the serious questions of fact and law that exist, such that immediate recovery through settlement is desirable to both parties.

For these reasons as set forth more fully in the parties' Memorandum of Law in Support of Joint Motion for Approval of FLSA Settlement, the parties respectfully request that the Court

---

[1] Any other compensation provided in consideration of other claims has been provided under a confidential Settlement Agreement.

1

enter an Order approving the parties' settlement agreement and dismissing the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b), with prejudice.

Dated: March 21, 2018          Respectfully submitted,

**BOYLE BRASHER LLP**

/s/ Rodrick D. Holmes
Rodrick D. Holmes (TN BPR No. 24501)
80 Monroe Ave., Suite 410
Memphis, TN 38103
(901) 521-2860

**ATTORNEY FOR DEFENDANT**
**FARIS PROPERTIES, LLC.**

/s/ Mark N. Foster
Mark N. Foster, Esq.
Law Office of Mark N. Foster
P.O. Box 192
Rockwood, TN 37854
865-354-3333

**ATTORNEY FOR PLAINTIFF**
**TAMMY LIZOTTE**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following Counsel of Record via the Court's CM/ECF system on this 21st day of March 2018.

      Law Office of Mark N. Foster
      P.O. Box 192
      Rockwood, TN 37854
      865-354-3333
      Email: mfoster@marknfoster.com

                                              /s/ Rodrick D. Holmes