IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TAMMY LIZOTTE, on her own behalf and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FARIS PROPERTIES, LLC,<br><br>    Defendant. | Case No. 3:17-cv-00195-JRG-CCS |

## ORDER GRANTING JOINT MOTION
## FOR APPROVAL OF FLSA SETTLEMENT

Before the Court is the parties' Joint Motion for Approval of FLSA Settlement. The Court has considered the parties' Motion (Doc. No. 34) and Memorandum in Support of its Joint Motion for Approval of FLSA Settlement (Doc. No. 35) and Exhibit. Accordingly, the Court finds that the parties have reached a fair, reasonable and adequate resolution of a bona fide dispute. As such, the parties' motion is well-taken and the Court hereby **GRANTS** the parties' motion.

Therefore, it is hereby **ORDERED** that the Joint Motion for Approval of FLSA Settlement is **GRANTED**, and that the parties file their Stipulation of Dismissal dismissing this cause of action with prejudice.

IT IS SO ORDERED.

_____
J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

03/26/2018
DATE

1

2

**SUBMITTED FOR ENTRY BY:**


__/s/Rodrick D. Holmes_____
Rodrick D. Holmes
**BOYLE BRASHER LLC**
80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
rholmes@boylebrasher.com

**COUNSEL FOR DEFENDANT**


__/s/Mark N. Foster_____
Mark N. Foster
**LAW OFFICE OF MARK N. FOSTER**
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
mfoster@marknfoster.com


**COUNSEL FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically served upon the following Counsel of Record via electronic mail on this 21st day of March 2018.

Law Office of Mark N. Foster
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
Email: mfoster@marknfoster.com

                /s/ Rodrick D. Holmes